# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Jeffrey S | 2. Court or Organization<br><br>U.S. District, Northern Calif | 3. Date of Report<br><br>05/01/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 12 A 11: 03 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | UC Berkeley Boalt Law - Teaching | $ 8,952 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab National Tax Exempt Money Market Fund | A | Interest | K | T | | | | | |
| 2. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 3. GM Corporate 0% Bonds | | None | K | T | | | | | |
| 4. ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 5. ISHARES Goldman Sach Tech 1 | A | Dividend | L | T | | | | | |
| 6. ISHARES US Consumer Noncyclic | B | Dividend | L | T | | | | | |
| 7. ISHARES US Consumer Cyclic | A | Dividend | K | T | | | | | |
| 8. ISHARES DJ US Energy Sector | A | Dividend | M | T | Partial Sell | 3-16 | K | D | |
| 9. ISHARES DJ US Financial Sector | B | Dividend | L | T | Partail Sell | 3-16 | K | D | |
| 10. ISHARES DJ US Healthcare Sector | A | Dividend | L | T | | | | | |
| 11. ISHARES DJ US Telecommunications | B | Dividend | L | T | | | | | |
| 12. ISHARES DJ US Utilities Sector | A | Dividend | K | T | | | | | |
| 13. Consumer Discrectionary Sector SPDR | A | Dividend | K | T | | | | | |
| 14. Consumer Staples Select Sector SPDR Trust | B | Dividend | L | T | | | | | |
| 15. Financial Select Sector SPDR | B | Dividend | L | T | Partial Sell | 4-18 | J | B | |
| 16. Health Care Select Sector SPDR | B | Dividend | L | T | Buy | 7-25 | K | | See Note 1 |
| 17. Industrial Select Sector SPDR | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Technology Select Sector SPDR | A | Dividend | M | T | | | | | |
| 19. Legg Mason Partners Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 20. Legg Mason Partners Capital Perservation Fund | A | Dividend | | | Sell | 11-9 | L | A | |
| 21. Oppenheimer Limited Term Govt Class B | C | Dividend | | | Sell | 7-11 | M | | |
| 22. Federated Fund for US Govt Sec. | B | Dividend | | | Sell | 7-9 | L | | |
| 23. ISHARES - S&P Euro 350 Index | A | Dividend | K | T | | | | | |
| 24. Oppenheimer Intl Diverisfied Fund ClassB | A | Dividend | K | T | Buy | 7-13 | K | | |
| 25. Oppenheimer Global Fund Class A | C | Dividend | K | T | Buy | 7-11 | L | | |
| 26. Oppenheimer Main Street Oppo. Fund Class A | A | Dividend | J | T | Buy | 7-11 | J | | |
| 27. Oppenheimer Main Street Oppo. Fund Class B | B | Dividend | K | T | Buy | 7-11 | K | | |
| 28. Oppenheimer Main Street Small Cap Fund Class B | B | Dividend | K | T | Buy | 7-11 | K | | |
| 29. Oppenheimer Select Value Fund Cl A | B | Dividend | K | T | Buy | 7-11 | K | | |
| 30. Oppenheimer Equity Fund Class A | C | Dividend | K | T | Buy | 7-11 | K | | |
| 31. Safety First Trust CTF 2007-4 | | None | L | T | Buy | 11-21 | L | | |
| 32. Tiers Principal Protected (DJQ) | | None | L | T | | | | | |
| 33. Tiers Principal Protected (NAS) | | None | L | T | | | | | |
| 34. Orrick Investments 2000 LLC | A | Int./Div. | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pollock Montgomery Washington Tower Investors II Partnership | A | Interest | K | U | | | | | |
| 36. Intercarp Limited Partnership | A | Int./Div. | K | U | | | | | |
| 37. Best of America - Fixed Account (formerly Best of America) | . | None | | | Sell | 8/8 | L | E | |
| 38. Fidelity VIP Equity Income | | None | | | Sell | 8/8 | L | E | |
| 39. Fidelity VIP Contrafund | | None | | | Sell | 8/8 | L | E | |
| 40. Legg Mason Partners Investor Fund | | None | | | Sell | 8/8 | K | D | |
| 41. American Century VP Value 1 | | None | | | Sell | 8/8 | K | D | |
| 42. Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | M | T | | | | | |
| 43. Lincoln Financial Annuity - Lincoln Choice Plus | | None | N | T | Buy | 8/9 | N | | |
| 44. | | | | | | | | | |
| 45. Citicorp IRA # 1 | B | Int./Div. | M | T | | | | | |
| 46. -MFS Total Return Fund A | | | | | | | | | |
| 47. -Legg Mason Partners Fundamental Value Fund Class B | | | | | | | | | |
| 48. -Legg Mason Partners Capital Preservation Fund B | | | | | Sell | 11-13 | K | A | |
| 49. -Safety First Trust CTF 2007-4 | | | | | Buy | 11-13 | K | | |
| 50. -Tiers Principal Protected | | | | | | | | | |
| 51. Citicorp IRA # 2 | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -MFS Total Return Fund A | | | | | | | | | |
| 53. -Leggs Mason Partners Value Fund Class B | | | | | | | | | |
| 54. -Leggs Mason Partners Capital Preservation Fund B | | | | | Sell | 11-13 | J | A | |
| 55. -Safety First Trust CTF 2007-4 | | | | | Buy | 11-13 | J | | |
| 56. | | | | | | | | | |
| 57. Charles Schwab - 401K/IRA Plan | F | Int./Div. | P1 | T | | | | | |
| 58. -Schwab Money Market Fund | | | | | | | | | |
| 59. -La Salle Bank CD | | | | | | | | | |
| 60. -Bank of America Corp Bond | | | | | | | | | |
| 61. -Chase Manhattan Corp Bond | | | | | | | | | |
| 62. -Ford Motor Credit Note | | | | | | | | | |
| 63. -General Motors Acceptance Bond | | | | | | | | | |
| 64. -Citigroup Inc | | | | | | | | | |
| 65. -Coca-Cola Enterprises | | | | | Buy | 8-24 | K | | See Note 1 |
| 66. -Merrill Lynch Corp Bonds | | | | | | | | | |
| 67. -Counrtywide Home Loan | | | | | | | | | |
| 68. -JP Morgan Corp Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Household Finance HSBC Corp | | | | | | | | | |
| 70. -Nation Bank Corp Bond | | | | | | | | | |
| 71. -International Lease Finance Corp | | | | | | | | | |
| 72. -Lehman Brothers Holdings | | | | | | | | | |
| 73. -Morgan Stanley | | | | | | | | | |
| 74. -Target Corp | | | | | | | | | |
| 75. -Phoenix Quarterly Bond | | | | | | | | | |
| 76. -General Electric Corp Bond | | | | | | | | | |
| 77. -Financial Select Sector SPDR | | | | | | | | | |
| 78. -Goldman Sachs Group Inc Bond 4.5% | | | | | Buy | 3-28 | K | | |
| 79. -India Fund, Inc | | | | | | | | | |
| 80. -Industrial Select Sect SPDR | | | | | | | | | |
| 81. -ISHARES FTSE/Xinua China 25 | | | | | | | | | |
| 82. -Street Tracks Gold Trust | | | | | | | | | |
| 83. -JP Morgan Chase and Co Bond | | | | | | | | | |
| 84. -Bellsouth Cap Funding | | | | | | | | | |
| 85. -ISHARES - MSCI Australia Index | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ISHARES - MSCI Canda Index | | | | | | | | | |
| 87. -ISHARES - MSCI EAFE Index Fund | | | | | | | | | |
| 88. -ISHARES - MSCI Emerging Markets Index | | | | | | | | | |
| 89. -ISHARES - MSCI Japan Index | | | | | | | | | |
| 90. -ISHARES - MSCI Malaysia Index | | | | | | | | | |
| 91. -ISHARES - S&P Europe 350 Index | | | | | | | | | |
| 92. -ISHARES - S&P Latin America 400 Index | | | | | | | | | |
| 93. -ISHARES - Global Industrials | | | | | Buy | 6-26 | J | | |
| 94. | | | | | | | | | |
| 95. Schwab IRA Account (X) | B | Int./Div. | L | T | | | | | |
| 96. -Davis New York Venture Fund | | | | | Part Sell | 9-14 | J | | |
| 97. -John Hancock Perferred Income Fund | | | | | | | | | |
| 98. -Pimco Corporate Opportuniy Fund | | | | | | | | | |
| 99. -Schwab Advisor Cash Premier - Sweep | | | | | | | | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Note 1  Additional purchases of these stocks and bonds were acquired during the reporting period, increasing the investment amounts.

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 05/01/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544